## STRATTON *vs.* FOSTER.

Where the plaintiff's attorney indorsed the writ with his surname in full, but with the *initials only of his christian name*, it was held to be a sufficient compliance with the provisions of *stat. ch.* 59, *sec.* 8, requiring an indorsement of the "*christian and surname.*"

THE writ in this case was indorsed thus : "*R. K. Porter, Atto'y to Plff.*"—and at the first term a motion was made to quash it for want of a sufficient indorsement. *Parris J.* denied the motion — whereupon a default was entered, which was to stand, or be taken off and the writ quashed, according to the opinion of the Court upon the question reserved.

MELLEN C. J. — We think the ruling of the Judge was correct. The case of *Clark* v. *Paine*, 11 *Pick.* 66, seems to be in point ; and we are satisfied with the reasoning of the Court which led to the conclusion that the indorsement was sufficient.

*Judgment for Plaintiff.*